# EXHIBIT A

Case Caption:  **Edwin Romero et al v. Manhattan and Bronx Surface Transit Operating Authority et**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 05/04/2021 | Armstrong, L. |
| 2 | EXHIBIT(S)<br>Plaintiff Consent Forms | Processed | 05/04/2021 | Armstrong, L. |
| 3 | EXHIBIT(S)<br>Job Descriptions posted on mymta.info | Processed | 05/04/2021 | Armstrong, L. |