UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWIN ROMERO, et al., on behalf of a class of
employees employed with the Manhattan and Bronx
Surface Transit Operating Authority, MTA
Headquarters, and Metropolitan Transportation
Authority,



                    Plaintiffs,

    -against-                                    21 **CIVIL** 4951 (LJL)

## JUDGMENT

MANHATTAN and BRONX SURFACE TRANSIT
OPERATING AUTHORITY, MTA HEADQUARTERS
(a/k/a MTA INFORMATION TECHNOLOGY) and
METROPOLITAN TRANSPORTATION
AUTHORITY,

                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2022, the motion to dismiss is GRANTED, and the claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        March 2, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                **BY:**

                                                      **Deputy Clerk**